

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

June 5, 2025

**BY CM/ECF**
The Honorable Karen M. Williams, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & United States Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> Re: *Theravance Biopharma R&D IP, LLC et al. v.*
> *Eugia Pharma Specialities Ltd. et al.*
> **Civil Action No. 1:23-00926-KMW-AMD**
> *Theravance Biopharma R&D IP, LLC et al. v.*
> *Eugia Pharma Specialities Ltd. et al.*
> **Civil Action No. 1:25-03790-KMW-AMD**

Dear Judge Williams:

    We represent Plaintiffs in the above matter along with our co-counsel for the Theravance Plaintiffs, Womble Bond Dickinson (US) LLP, and co-counsel for the Mylan Plaintiffs, Rakoczy Molino Mazzochi Siwik LLP.  We write jointly with counsel for Defendants Eugia Pharma Specialities Ltd., Eugia US LLC, Aurobindo Pharma USA, Inc., and Aurobindo Pharma Limited (collectively "Eugia"), to inform the Court that Plaintiffs and Eugia have reached an amicable resolution that resolves all pending claims, counterclaims and defenses between Plaintiffs and Eugia in this litigation.  Pursuant to that resolution, Plaintiffs and Eugia respectfully request that the Court "So Order" the attached Stipulated Consent Judgment and Injunction that will dismiss all claims, counterclaims, and affirmative defenses pending between Plaintiffs and Eugia.

    The actions remain pending and will continue against the remaining two defendant groups/ANDA-filers (Mankind and Cipla).

    We thank the Court for its consideration and assistance in this matter, and look forward to hearing from Your Honor at the Court's earliest convenience.

Respectfully submitted,

*/s/ Arnold B. Calmann*

Arnold B. Calmann

Saiber LLC • One Gateway Center, 9th Floor, Suite 950 • Newark, New Jersey • 07102-5308 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park • Newark • New York • Philadelphia

Honorable Karen M. Williams, U.S.D.J.
June 5, 2025
Page 2

cc:     Counsel of Record (by CM/ECF)